Exhibit 2

Method Claim: 1

| US9130900 | BotPenguin Appointment Booking Chatbot ("The accused product") |
|---|---|
| 1. A method for providing assistance to a user, comprising: | The accused product practices a method for providing assistance to a user (e.g., a medical assistance for scheduling an appointment).<br><br>As shown below, BotPenguin Appointment Booking chatbot provides its customers a healthcare chatbot which is a virtual agent that provides automated responses to the patients by processing user requests received through a mobile device.<br><br><br>https://botpenguin.com/chatbot-use-cases/appointment-bookings |

# Take the guesswork out of booking appointments

15 seconds. That's the average time spent on a website. Most customers dislike jumping through pages or shuffling through navigational elements to perform simple tasks such as booking appointments. BotPenguin's Appointment Booking Chatbot engages customers with a world-class interface that helps them do more from one screen.



### Conversational appointments

No iffy calendar widgets to deal with. BotPenguin's Appointment Booking Chatbot engages your customers and books appointments from one interface. Visitors can now easily self schedule their desired slot from the chatbot itself.

### Class-leading Customer Experience

### One interface

### Send confirmation once booking is confirmed

https://botpenguin.com/chatbot-use-cases/appointment-bookings



https://botpenguin.com/chatbot-use-cases/appointment-bookings

https://botpenguin.com/chatbot-use-cases/appointment-bookings



https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

| receiving a user | The accused product practices receiving a user request for assistance (e.g., a request for |

| | |
|---|---|
| request for assistance from a mobile device; | scheduling an appointment) from a mobile device (e.g., a smartphone, etc.).<br><br>As shown below, Bot Penguin Appointment booking chatbot provides its customers a healthcare chatbot which is a virtual agent that provides automated responses to the patients by processing user requests received through a mobile device. It receives user requests in the form of text.<br><br><br><br>https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling |

# What is an **Appointment Booking Chatbot?**

Picture this: You're a busy professional trying to manage appointments while keeping your sanity intact. An Appointment Booking Chatbot is like your personal superhero assistant! It's an AI-powered virtual assistant that handles the entire appointment booking process, from initial inquiries to final confirmation. These chatbots are intelligent, efficient, and available round-the-clock to make your life easier.

https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot

| | |
|---|---|
| | **How do Appointment Booking Chatbots Work?**<br><br>Say you're Booking a haircut appointment. Instead of calling the salon, you could just chat with their bot! Appointment booking chatbot allow you to schedule appointments 24/7 using conversational text or voice chat. Here's how they work:<br><br>The bot greets you and asks what service you need - say, a women's haircut. You tell it your preferred date and time. The bot is connected to the business's calendar and checks availability at that time. If there's an open slot, it offers to book the appointment and asks for your name and contact info. If not, it suggests the closest available times.<br><br>https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot |
| determining semantics of the user request and | The accused product practices determining semantics of the user request (e.g., a request for scheduling an appointment) and identifying at least one domain (e.g., treatment type, etc.), at least one task (e.g., scheduling an appointment, follow up, book a slot, etc.), and |

| | |
|---|---|
| identifying at least one domain, at least one task, and at least one parameter for the user request by parsing the user request to identify representations of meaning or interpretation of the user request along with location and user personal information captured by the mobile device including telephone, texting, and user activity; | at least one parameter (e.g., a preferred Doctor, etc.) for the user request (e.g., a request for scheduling an appointment) by parsing the user request (e.g., a request for scheduling an appointment) to identify representations of meaning (e.g., identifying intent of the user request) or interpretation of the user request (e.g., a request for scheduling an appointment) along with location (e.g., a user location, etc.) and user personal information captured by the mobile device (e.g., a smartphone, etc.) including telephone (e.g., phone number, etc.), texting (e.g., e-mail address, messages, etc.), and user activity (e.g., previous responses, etc.).<br><br>As shown below, Bot Penguin uses Natural Language Understanding (NLU) and Natural Language Processing (NLP) to parse and determine the semantics of the user request received from the patient and deduce the meaningful interpretations of the request.<br><br>For example, a user request "I'd like to book an appointment with Dr. Smith for eye sight issue", is parsed to identify the meaning of words such as "book an appointment", "Dr, Smith" and "eye sight". Wherein, 'book an appointment', is parsed to interpret the intent of the user and identify a task of scheduling an appointment, 'Dr. Smith' is parsed to identify the parameter and 'eye sight' is parsed to identify the domain of the user request.<br><br>As shown below, Bot Penguin also collects information about the patient and their previous medical history, past responses, etc. Bot Penguin Appointment booking chatbots provides responses to the customer request based on the user activity. |



https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling



https://botpenguin.com/blogs/converting-leads-with-the-best-appointment-booking-chatbot



https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

## Basics of Chatbots in Appointment Scheduling

Chatbots are intelligent programs designed to simulate human conversation. They utilize Natural Language Processing (NLP) and Artificial Intelligence (AI) to understand and respond to user queries. When it comes to appointment booking, chatbots act as virtual assistants, interacting with customers and helping them schedule appointments seamlessly.

https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

AI chatbots, like BotPenguin, can understand context, intent, and sentiment, allowing for more natural and human-like conversations. AI-powered chatbots provide a more personalized experience for users during the appointment booking process.

https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

## Natural Language Processing

One of the most impressive features of chatbots is their ability to understand and respond to natural language.

Through the power of Natural Language Processing (NLP), appointment booking chatbots can comprehend and interpret human language, allowing for more conversational and intuitive interactions.

NLP enables appointment booking chatbots to understand customer queries and requests regarding appointments. Customers can use their everyday language to communicate with appointment booking chatbots, eliminating the need for rigid, predefined commands.

https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

For example, a customer can ask the chatbot, "Do you have any available time slots for a haircut next week?" The chatbot, powered by NLP, can analyze the query, extract the relevant information, and provide a personalized response.

It can understand the intent of the customer, retrieve real-time availability, and suggest suitable time slots based on the customer's request.

This natural language interaction not only makes the scheduling experience more enjoyable for customers but also reduces the learning curve and friction that can occur with traditional scheduling systems.
https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

|  | NLP, or Natural Language Processing, is a field in artificial intelligence that helps computers understand, interpret, and generate human language. For example, when you ask Siri or Alexa a question, NLP algorithms analyze your words, determine the intent, and provide a relevant response, enabling a smooth, conversational interaction between you and the AI assistant.<br>https://botpenguin.com/glossary/natural-language-processing |

# 1. Tokenization



Tokenization is the process of breaking down text into individual words, phrases, or other units, known as tokens, which are easier for NLP algorithms to analyze and process.

https://botpenguin.com/glossary/natural-language-processing

# Parts of Speech Tagging

Every word mentioned in the body text is classified as a noun, adjective, pronoun, etc., by NLP using morphology, which defines the functions of individual words. The fact that words can serve various purposes depending on the context in which they are used makes this labeling challenging. For instance, words like "bark" might refer to both a barking dog and a tree, which makes classification challenging.

https://botpenguin.com/what-is-nlp-and-how-does-it-work/

# Semantics

We need to be able to decipher a text's true meaning to perform NLP activities. The intended purpose of a text is referred to as semantics. It still takes a lot of study from linguists and computer scientists to understand this part of the subject.

https://botpenguin.com/what-is-nlp-and-how-does-it-work/



Machine learning chatbots, or AI chatbots, utilize natural language processing (NLP) and machine learning algorithms to understand and respond to user queries. These chatbots can learn from past interactions and improve their responses over time, offering more personalized and contextualized conversations.

https://botpenguin.com/blogs/build-your-own-ai-chatbot-integrated-with-chatgpt-api

# What is an Appointment Booking Bot?

An appointment booking bot is an artificial intelligence-powered conversational agent that helps users schedule appointments through natural language interactions. The key features of an appointment booking bot typically include:

- Understanding natural language requests to book appointments, including date, time, location, and type of appointment desired.
- Integrating with a calendar system to check availability and suggest open time slots that match the user's parameters.
- Confirming appointments and sending notifications with details to the user.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider

## Collect Relevant Customer Information

Tailor your chatbot to collect the necessary customer details during the appointment booking process. This may include their name, contact information, or any specific preferences related to the appointment. Use this information to provide a more personalized experience and enhance customer satisfaction.

https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot

**5.1. BotPenguin Users**

As a User, we collect information relating to you and your use of our Services from a variety of sources:

**(i) Information we collect directly from the User**

a) **Registration information**: information you provide to us when you register for an account.

b) **Chatbot data.** We store your chatbot data (questions and responses) for you.

c) **Plan+Billing info:** We store information about your Billing Plan. If you have provided us with your billing details then this information is also stored.

d) **Other data you want to share:** We may collect your personal information or data if you submit it to us in other contexts.

https://botpenguin.com/privacy-policy

| | |
|---|---|
| | **5.2. BotPenguin Respondents**<br><br>As a Respondent, when you respond to chatbots hosted by BotPenguin, we collect, on behalf and upon instructions of the Users, information relating to you and your use of our services from a variety of sources:<br><br>**(i) Information we collect directly from the Respondent: chatbot responses**<br><br>We collect and store the chatbot's responses from Respondents. The BotPenguin User is responsible for that data and manages it. The BotPenguin User is usually the same person that invited the Respondent to use the chatbot and sometimes they have their own privacy policy.<br><br>When responding to a chatbot you may provide personal information or data. Please note that BotPenguin is not responsible for the content of that chatbot, so if you have any questions about a chatbot you are responding to, please contact the BotPenguin User directly.<br>https://botpenguin.com/privacy-policy<br><br>6.5. Likewise, we collect your personal data for the purposes of answering your questions and provide you BotPenguin tips and news regarding chatbots by any means, including email and similar means of electronic communication. In order to customize such information and commercial communications as much as possible, BotPenguin may use statistical techniques that allow the creation of user profiles and data segmentation.<br>https://botpenguin.com/privacy-policy |
| accessing one or more semantic web services, each service accessed through an application program interface (API) to retrieve data matching the at | The accused product practices accessing one or more semantic web services, each service accessed through an application program interface (API) (e.g., a Calendar API, etc.) to retrieve data matching (e.g., available time slots that match user's parameters, etc.) the at least one domain (e.g., treatment type, etc.), at least one task (e.g., scheduling an appointment, follow up, book a slot, etc.), and at least one parameter (e.g., a preferred Doctor, etc.).<br><br>As shown below, Bot Penguin Chatbot accesses a webservice ("semantic web services") through Calendar integration  API to obtain available time slots for providing response to |

| | |
|---|---|
| least one domain, at least one task, and at least one parameter; | the user's command. For example, when the user request is for scheduling an appointment, Bot Penguin chatbot access the webservices through Calendar integration API and automatically matches patients with available time slots based on their defined parameters.<br><br>**How do Appointment Booking Chatbots Work?**<br><br>Say you're Booking a haircut appointment. Instead of calling the salon, you could just chat with their bot! Appointment booking chatbot allow you to schedule appointments 24/7 using conversational text or voice chat. Here's how they work:<br><br>The bot greets you and asks what service you need - say, a women's haircut. You tell it your preferred date and time. The bot is connected to the business's calendar and checks availability at that time. If there's an open slot, it offers to book the appointment and asks for your name and contact info. If not, it suggests the closest available times.<br><br>https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot |



https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

In addition to their language processing capabilities, chatbots for appointment booking can seamlessly integrate with calendar systems, making scheduling more efficient and reliable. By connecting to existing calendar systems, appointment booking chatbots can access and update real-time availability, ensuring accurate and up-to-date appointment scheduling.

https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

- **Real-Time Availability**

  When a customer interacts with a chatbot to schedule an appointment, the chatbot can retrieve availability information from the connected calendar system. This allows customers to see the actual time slots that are open for booking, avoiding any potential confusion or conflicts.

  https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

- **Automated Updates**

  Chatbots for appointment booking can automatically update calendar systems with new appointment bookings or changes made by customers. This eliminates the need for manual data input, reducing the risk of errors and ensuring that the calendar is always up to date.
  https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

## The Power of Integration and Automation

By leveraging natural language processing and integration with calendar systems, chatbots for appointment booking bring tremendous value to the scheduling process. They offer a user-friendly and intuitive interface that understands and responds to customers' needs.

Additionally, the seamless integration with calendar systems ensures accurate and up-to-date scheduling, removing the hassle of manual input and reducing the risk of errors.
https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

### How APIs Work

APIs work on the principle of 'request and response.' An application sends a request, the API carries that request to the system, gets the response, and delivers it back to the application.

https://botpenguin.com/glossary/application-programming-interface

# The Importance of APIs in Modern Computing

APIs serve as the unsung heroes of our increasingly connected world. Their significance cannot be understated.



https://botpenguin.com/glossary/application-programming-interface

## Seamless Integration

APIs enable different applications to seamlessly integrate and communicate, leading to enhanced functionality and better user experience.

https://botpenguin.com/glossary/application-programming-interface



https://botpenguin.com/glossary/application-programming-interface

### Third-party Integrations

Third-party integrations are pre-built connectors that allow an API to work with external services and platforms, such as social media, payment gateways, or CRMs.

### Webhooks

Webhooks are HTTP callbacks that allow an API to notify external systems or services when a specific event occurs in the API. Webhooks are useful for real-time data synchronization, event-driven workflows, and other use cases that require immediate action.

https://botpenguin.com/glossary/application-programming-interface



https://botpenguin.com/blogs/converting-leads-with-the-best-appointment-booking-chatbot

## What is an Appointment Booking Bot?

An appointment booking bot is an artificial intelligence-powered conversational agent that helps users schedule appointments through natural language interactions. The key features of an appointment booking bot typically include:

- Understanding natural language requests to book appointments, including date, time, location, and type of appointment desired.
- Integrating with a calendar system to check availability and suggest open time slots that match the user's parameters.
- Confirming appointments and sending notifications with details to the user.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider

<table>
<tr>
<td></td>
<td>

**Integration with External Calendars and Tools**

Efficient scheduling requires integration with external calendars and tools. Look for a scheduling system with integrations to popular calendar applications such as Google Calendar or Outlook. It will allow you to sync appointments and avoid double bookings. Consider other tools you use, such as video conferencing or payment gateways. Integration with these tools will streamline your scheduling process and enhance productivity.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider
</td>
</tr>
<tr>
<td>

identifying, generating, or providing personalized recommendations for activities, products, services,
</td>
<td>

The accused product practices identifying, generating, or providing personalized recommendations for activities, products, services (e.g., personalized responses for patient's query).

As shown below, Bot Penguin Appointment booking chatbot records details of the patient by accessing their past medical history reports. Thus, when a user request for a particular disease is received by the Bot Penguin appointment booking chatbot, it provides the patient with appropriate dietary choices or medication options. Also, when a user request for scheduling an appointment is received by the chatbot, it provides the patient with available time slots as per the user defined parameters in the request.
</td>
</tr>
</table>

| | AI chatbots, like BotPenguin, can understand context, intent, and sentiment, allowing for more natural and human-like conversations. AI-powered chatbots provide a more personalized experience for users during the appointment booking process. <br> https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling |
| --- | --- |

For example, a customer can ask the chatbot, "Do you have any available time slots for a haircut next week?" The chatbot, powered by NLP, can analyze the query, extract the relevant information, and provide a personalized response.

It can understand the intent of the customer, retrieve real-time availability, and suggest suitable time slots based on the customer's request.

This natural language interaction not only makes the scheduling experience more enjoyable for customers but also reduces the learning curve and friction that can occur with traditional scheduling systems.
https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling

**Personalized Health Recommendations**

Healthcare chatbots leverage machine learning algorithms and patient data to provide personalized health recommendations.

By analyzing symptoms, medical history, and risk factors, chatbots offer tailored advice, preventive measures, and insights to improve individual health outcomes.

https://botpenguin.medium.com/why-investing-in-a-healthcare-chatbot-is-a-smart-move-bea752ee00db

What customization options are available for an appointment booking bot?

Customization options can vary, but common ones include:

- Branding customization
- Scheduling rules configuration
- Personalized messages
- The ability to adapt the bot's behavior to specific business requirements.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider

<table>
<tr>
<td></td>
<td>

## Customization and Personalization

Every business is unique, so your scheduling needs may be specific to your industry or niche. Look for a scheduling system that offers customization and personalization options. It could include adding custom fields, defining appointment durations, or tailoring confirmation and reminder emails. Customization will allow you to create a unique and personalized customer experience.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider

</td>
</tr>
<tr>
<td>

presenting possible responses to the user by interact with the semantic web services by calling the services through the API and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text

</td>
<td>

The accused product practices presenting possible responses (e.g., available time slots, dietary choices, etc.) to the user by interact with the semantic web services by calling the services through the API (e.g., a Calendar API, etc.) and extracting one or more options or suggestions from the semantic web services through the API (e.g., a Calendar API, etc.) and confirming user responses by accessing a text messaging API (e.g., SMS) or a phonebook API.

As shown below, Bot Penguin accesses the web service ("interact with semantic web services") using Calendar API to provide a response to the patient. The web service collects the relevant responses ("one or more options or suggestions") and provides them to the Bot Penguin Appointment booking chat bot to present them further to the patient.

For example, when Bot Penguin healthcare chatbot receives a user request for booking an appointment, it provides the patient with an option to book a convenient time slot. Further, once the patient confirms booking a slot for an appointment, the healthcare chatbot confirms the user response by sending the patient a confirmation text message for a

</td>
</tr>
</table>

| messaging API or a phonebook API; | scheduled appointment.  https://botpenguin.com/chatbot-use-cases/appointment-bookings |

| | **Integrate with Calendars & Scheduling Tools** |
|---|---|
| | Seamlessly integrate your chatbot with popular calendar and scheduling applications to ensure real-time updates and access to available time slots. This keeps your booking process consistent, helping to avoid overbooking or appointment conflicts.<br>https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot |

## What is an Appointment Booking Bot?

An appointment booking bot is an artificial intelligence-powered conversational agent that helps users schedule appointments through natural language interactions. The key features of an appointment booking bot typically include:

- Understanding natural language requests to book appointments, including date, time, location, and type of appointment desired.
- Integrating with a calendar system to check availability and suggest open time slots that match the user's parameters.
- Confirming appointments and sending notifications with details to the user.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider

### Third-party Integrations

Third-party integrations are pre-built connectors that allow an API to work with external services and platforms, such as social media, payment gateways, or CRMs.

### Webhooks

Webhooks are HTTP callbacks that allow an API to notify external systems or services when a specific event occurs in the API. Webhooks are useful for real-time data synchronization, event-driven workflows, and other use cases that require immediate action.

https://botpenguin.com/glossary/application-programming-interface

- **Real-Time Availability**

  When a customer interacts with a chatbot to schedule an appointment, the chatbot can retrieve availability information from the connected calendar system. This allows customers to see the actual time slots that are open for booking, avoiding any potential confusion or conflicts.

https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling



https://botpenguin.com/chatbot-use-cases/appointment-bookings

https://botpenguin.com/chatbot-use-cases/appointment-bookings



https://botpenguin.com/chatbot-use-cases/appointment-bookings

https://botpenguin.com/blogs/whatsapp-role-in-healthcare

**Personalized Health Recommendations**

Healthcare chatbots leverage machine learning algorithms and patient data to provide personalized health recommendations.

By analyzing symptoms, medical history, and risk factors, chatbots offer tailored advice, preventive measures, and insights to improve individual health outcomes.

https://botpenguin.medium.com/why-investing-in-a-healthcare-chatbot-is-a-smart-move-bea752ee00db

**Personalize Reminders and Notifications**

Create custom notifications and reminders for your customers with personalized messages. Configure these alerts to be sent through various channels, such as email or SMS, and adjust the frequency of reminders to suit your business needs.

https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot

| | |
|---|---|
| | Once you confirm a time, the chatbot adds the appointment to the calendar and sends you a confirmation with date, time and location details. You're all set! It also asks if you want a reminder message - you say yes and the bot promises to text you the day before your appointment.<br><br>https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot |
| determining at least one responsive answer; and | The accused product practices determining at least one responsive answer (e.g., an available time slot).<br><br>As shown below, Bot Penguin appointment booking chatbot determines a response such as available appointment slots, suitable dietary choices, etc. by identifying the intent of the user request. |



## Conversational appointments

No iffy calendar widgets to deal with. BotPenguin's Appointment Booking Chatbot engages your customers and books appointments from one interface. Visitors can now easily self schedule their desired slot from the chatbot itself.

## Class-leading Customer Experience

## One interface

## Send confirmation once booking is confirmed

https://botpenguin.com/chatbot-use-cases/appointment-bookings



https://botpenguin.com/blogs/get-hassle-free-appointments-with-appointment-booking-bot



**Duration of appointment**

Keep your interviews short and precise with specific time durations.

**Time between appointments**

You can still enjoy that burrito between appointments by setting a timer in between to avoid hotch-potch.

https://botpenguin.com/chatbot-use-cases/appointment-bookings

| responding to the user request. | The accused product practices responding to the user request (e.g., a confirmation message for scheduled appointment). |
|---|---|
|  | As shown below, Bot Penguin appointment booking chatbot provides confirmation of the scheduled appointment by sending a text message to the patient. |
|  | AI chatbots, like BotPenguin, can understand context, intent, and sentiment, allowing for more natural and human-like conversations. AI-powered chatbots provide a more personalized experience for users during the appointment booking process. |
|  | https://botpenguin.com/blogs/how-appointment-booking-chatbots-streamline-scheduling |



https://botpenguin.com/chatbot-use-cases/appointment-bookings

https://botpenguin.com/chatbot-use-cases/appointment-bookings

# How do Appointment Booking Chatbots Work?

Say you're Booking a haircut appointment. Instead of calling the salon, you could just chat with their bot! Appointment booking chatbot allow you to schedule appointments 24/7 using conversational text or voice chat. Here's how they work:

The bot greets you and asks what service you need - say, a women's haircut. You tell it your preferred date and time. The bot is connected to the business's calendar and checks availability at that time. If there's an open slot, it offers to book the appointment and asks for your name and contact info. If not, it suggests the closest available times.

https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot

Once you confirm a time, the chatbot adds the appointment to the calendar and sends you a confirmation with date, time and location details. You're all set! It also asks if you want a reminder message - you say yes and the bot promises to text you the day before your appointment.

The business gets a notification of the new booking and your details. On the day before, the bot sends you an automated reminder as promised. And that's it! The chatbot handled the entire booking process quickly and easily without human involvement. Appointment bots make scheduling easy for customers and businesses.

https://botpenguin.com/blogs/increase-productivity-with-an-appointment-booking-chatbot

## Customization and Personalization

Every business is unique, so your scheduling needs may be specific to your industry or niche. Look for a scheduling system that offers customization and personalization options. It could include adding custom fields, defining appointment durations, or tailoring confirmation and reminder emails. Customization will allow you to create a unique and personalized customer experience.

https://botpenguin.com/blogs/implementing-appointment-booking-bot-factors-to-consider